# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOLSTON,<br><br>  Plaintiff,<br><br>  v.<br><br>SIERRA PACIFIC ORTHOPEDIC CENTER MEDICAL GROUP, INC., et al.,<br><br>  Defendants. | Case No. 1:24-cv-00681-KES-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>**TWENTY-ONE DAY DEADLINE** |

On November 11, 2024, a notice of settlement was filed informing the Court that the parties have reached a settlement in this action. (ECF No. 9.) The parties proffer that dispositional documents will be filed within 60 days.

The Court shall order the parties file dispositional documents within twenty-one days. See Local Rule 160(b). Any additional request for extension of time to file dispositional documents must be supported by good cause.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

///

///

///

1

2. The parties shall file dispositional documents within **twenty-one (21) days** of entry of this order.

IT IS SO ORDERED.

Dated:   **November 12, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2