1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOLSTON, | Case No. 1:24-cv-00681-KES-SAB |
| Plaintiff, | ORDER RESETTING DECEMBER 17, 2024 SCHEDULING CONFERENCE |
| v. | (ECF No. 9, 10) |
| SIERRA PACIFIC ORTHOPAEDIC CENTER MEDICAL GROUP, INC., et al., | |
| Defendants. | |

On November 11, 2024, a notice of settlement was filed informing the Court that the parties have reached a settlement in this action as to Defendant Sierra Pacific Orthopaedic Center Medical Group Inc. (ECF No. 9.) Therein, the parties represented they expected to file a stipulation for dismissal with prejudice. On November 12, 2024, the Court construed the notice as a settlement of the entire action, vacated all pending matters and dates, and ordered that the parties file dispositional documents within twenty-one days. (ECF No. 10.)

However, because one defendant remains in this action, the Court shall reset the scheduling conference between Plaintiff Robert Holston and Defendant Fresno Credit Bureau, doing business as Creditors Bureau USA to December 17, 2024 at 9:30 a.m. in Courtroom 9.

/ / /

/ / /

1    Accordingly, it is HEREBY ORDERED that:

2    1.    Dispositional documents dismissing Defendant Sierra Pacific Orthopaedic Center

3    Medical Group Inc. as a party in this action shall be filed no later than **December**

4    **3, 2024**, pursuant to Local Rule 160(b) and the Court's November 12, 2024 order

5    (ECF No. 11).  Any request for an extension of time must be supported by good

6    cause;

7    2.    The scheduling conference between the remaining parties is RESET for **December**

8    **17, 2024 at 9:30 a.m. in Courtroom 9**; and

9    3.    A joint scheduling report is due **seven (7) days** before the scheduling conference

10    (ECF No. 4 at 2).

11

12    IT IS SO ORDERED.

13    Dated:   **December 2, 2024**                                    _____

14                                                                     STANLEY A. BOONE
                                                                       United States Magistrate Judge