# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOLSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO CREDIT BUREAU, d/b/a CREDITORS BUREAU USA,<br><br>        Defendant. | Case No. 1:24-cv-00681-KES-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 22)<br><br>**SEPTEMBER 1, 2025 DEADLINE** |

On July 2, 2025, Plaintiff filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed by September 1, 2025.[1]

Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents no later than **September 1, 2025**.

Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **July 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Because this matter remains open pending the filing of dispositional documents, the Court necessarily retains jurisdiction. Accordingly, the parties' request for the Court to retain jurisdiction through the filing of dispositional documents is superfluous at this juncture and is therefore denied without prejudice.